# U.S. District Court
## Western District of Kentucky (Paducah)
### CIVIL DOCKET FOR CASE #: 5:04-cv-00213-TBR

05cv 10250 PBS

Carter et al v. Pfizer, Inc. et al
Assigned to: Judge Thomas B. Russell
Referred to:
Demand: $1000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Fraud

Date Filed: 11/05/04
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Betty Carter,** *Individually and on behalf of her mother and next friend Maurine Featherstone, and on behalf of others similarly situated*

represented by **Mark K. Gray**
Gray Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202
502-585-2060
Fax : 502-581-1933
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew L. White**
Gray Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202
502-585-2060
Fax : 502-581-1933
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha McGee,** *Individually and on behalf of her mother and next friend Maurine Featherstone, and on behalf of others similarly situated*

represented by **Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew L. White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

| | | |
|---|---|---|
| **Pfizer, Inc.** | represented by | **Carol D. Browning**<br>Stites & Harbison<br>400 W MARKET ST STE 1800<br>Louisville, KY 40202-3352<br>502-587-3400<br>Fax : 587-6391<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah G. Cronan**<br>Stites & Harbison, PLLC<br>400 W. Market Street<br>Suite 1800<br>Louisville, KY 40202-3352<br>502-681-0543<br>Fax : 502-587-6391<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Parke-Davis,** *a division of* **Warner-Lambert Company** | represented by | **Carol D. Browning**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah G. Cronan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/05/2004 | 1 | COMPLAINT against Parke-Davis, Pfizer, Inc. Summons(es) issued (Filing fee $ 150.) , filed by Betty Carter, Martha McGee. (Attachments: # 1 Cover Sheet)(KJI) (Entered: 11/09/2004) |
| 11/05/2004 | 2 | Case Assignment (Random Selection): Case Assigned to Judge Thomas B. Russell. (KJI) (Entered: 11/09/2004) |
| 12/14/2004 | 3 | Proposed Agreed Order/Stipulation . (Attachments: # 1 Exhibit 1)(KJI) (Entered: 12/15/2004) |
| 12/17/2004 | 4 | STIPULATION AND ORDER by Judge Thomas B. Russell on 12/16/04: see order for specifics (Attachments: # 1 Exhibit 1) (cc: |

counsel of record)(KJI) (Entered: 12/17/2004)

## PACER Service Center

### Transaction Receipt

02/08/2005 12:05:25

| PACER Login: | us2510 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Case Number: | 5:04-cv-00213-TBR |
| Billable Pages: | 1 | Cost: | 0.07 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT DIV. C.A.#**

ILLINOIS CENTRAL
   ILC   4  04-4087      Randall J. Veys v. Pfizer, Inc., et al. ✓

ILLINOIS NORTHERN
   ILN   1  04-7031      Leonard Olsen v. Pfizer, Inc., et al. ✓

INDIANA SOUTHERN
   ~~INS   1  04-1956~~      ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
   KYW   5  04-213      Betty Carter, et al. v. Pfizer, Inc., et al. ✓

MICHIGAN EASTERN
   MIE   2  04-74258      Midwest Health Plan, Inc. v. Pfizer, Inc., et al. ✓

MISSOURI WESTERN
   MOW   6  04-3539      Fred Reiss v. Pfizer, Inc., et al. ✓

NEW YORK NORTHERN
   NYN   1  04-1301      Stephanie Baron v. Pfizer, Inc. ✓

OHIO SOUTHERN
   OHS   2  04-1058      Rebecca Groves v. Pfizer, Inc., et al. ✓