CERTIFIED
U. S. District Court
Paducah, KY
DATE: 2-16-05
BY: _____
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 18 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1629**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

I HEREBY ATTEST AND CERTIFY ON 2-28-05
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

## SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT DIV. C.A.#**

ILLINOIS CENTRAL
   ILC    4   04-4087      Randall J. Veys v. Pfizer, Inc., et al. ✓

ILLINOIS NORTHERN
   ILN    1   04-7031      Leonard Olsen v. Pfizer, Inc., et al. ✓

INDIANA SOUTHERN
   ~~INS    1   04-1956~~      ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
   KYW   5   04-213      Betty Carter, et al. v. Pfizer, Inc., et al. ✓

MICHIGAN EASTERN
   MIE    2   04-74258    Midwest Health Plan, Inc. v. Pfizer, Inc., et al. ✓

MISSOURI WESTERN
   MOW   6   04-3539     Fred Reiss v. Pfizer, Inc., et al. ✓

NEW YORK NORTHERN
   NYN   1   04-1301     Stephanie Baron v. Pfizer, Inc. ✓

OHIO SOUTHERN
   OHS   2   04-1058     Rebecca Groves v. Pfizer, Inc., et al. ✓

    

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

'05 FEB 14 P1 :05

US DISTRICT COURT
WESTN. DIST. KENTUCKY

**TONY ANASTAS**
CLERK

**KIMBERLY M. ABAID**
DEPUTY CLERK

February 8, 2005

Mr. Jeffrey A. Apperson, Clerk
United States District Court
501 Broadway Street
Paducah, KY 42001

IN RE: MDL DOCKET No. 1629   In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts Lead Case No. 1:04CV10739-PBS
Your Case: Civil Action No. 5:04-cv-00213 Carter et al v. Pfizer, Inc. et al
District of MA No. 1:05cv10250 PBS

Dear Mr. Apperson:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:    Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

# U.S. District Court
# Western District of Kentucky (Paducah)
# CIVIL DOCKET FOR CASE #: 5:04-cv-00213-TBR

Carter et al v. Pfizer, Inc. et al
Assigned to: Judge Thomas B. Russell
Referred to:
Demand: $1000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Fraud

Date Filed: 11/05/04
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Betty Carter,** *Individually and on behalf of her mother and next friend Maurine Featherstone, and on behalf of others similarly situated*

represented by **Mark K. Gray**
Gray Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202
502-585-2060
Fax : 502-581-1933
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew L. White**
Gray Weiss & White
500 W. Jefferson Street
Suite 1200
Louisville, KY 40202
502-585-2060
Fax : 502-581-1933
Email: mattwhiteatty@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha McGee,** *Individually and on behalf of her mother and next friend Maurine Featherstone, and on behalf of others similarly*

represented by **Mark K. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*situated*

        **Matthew L. White**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

-----------------------

**Pfizer, Inc.**    represented by    **Carol D. Browning**
        Stites & Harbison
        400 W MARKET ST STE 1800
        Louisville, KY 40202-3352
        502-587-3400
        Fax : 587-6391
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Sarah G. Cronan**
        Stites & Harbison, PLLC
        400 W. Market Street
        Suite 1800
        Louisville, KY 40202-3352
        502-681-0543
        Fax : 502-587-6391
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Parke-Davis,** *a division of Warner-Lambert Company*    represented by    **Carol D. Browning**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Sarah G. Cronan**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 11/05/2004 | 1 | COMPLAINT against Parke-Davis, Pfizer, Inc. Summons(es) issued (Filing fee $ 150.) , filed by Betty Carter, Martha McGee. (Attachments: # 1 Cover Sheet)(KJI) (Entered: 11/09/2004) |
| 11/05/2004 | 2 | Case Assignment (Random Selection): Case Assigned to Judge Thomas B. Russell. (KJI) (Entered: 11/09/2004) |
| 12/14/2004 | 3 | Proposed Agreed Order/Stipulation . (Attachments: # 1 Exhibit 1)(KJI) (Entered: 12/15/2004) |
| 12/17/2004 | 4 | STIPULATION AND ORDER by Judge Thomas B. Russell on 12/16/04: see order for specifics (Attachments: # 1 Exhibit 1) (cc: counsel of record)(KJI) (Entered: 12/17/2004) |
| 02/14/2005 | 5 | CONDITIONAL TRANSFER ORDER (certified copy, Clerk MDL panel) transferring case to Massachusetts. (Attachments: # 1 Letter requesting record, Boston MA)(KJI) (Entered: 02/16/2005) |
| 02/16/2005 |  | Remark : letter to Clerk, Boston MA regarding electronic access to documents (KJI) (Entered: 02/16/2005) |

## PACER Service Center

### Transaction Receipt

02/24/2005 09:45:56

| PACER Login: | us2510 | Client Code: |  |

| **Description:** | Docket Report | **Case Number:** | 5:04-cv-00213-TBR |
|---|---|---|---|
| **Billable Pages:** | 1 | **Cost:** | 0.07 |